# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2020

## NO. 03-19-00303-CV

**Lantana Ridge Property Owners Association, Inc., Appellant**

**v.**

**SJWTX, Inc. d/b/a Canyon Lake Water Service Co., Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on March 29, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment as to the claims related to the declaration of covenants, conditions, and restrictions, and the award of attorney's fees; we do not disturb the trial court's ruling denying Lantana Ridge's motion for summary judgment and we affirm the remaining uncontested portions of the judgment. We remand the cause for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.